STATE OF NEBRASKA, APPELLEE, V. FRED L. KIMES, APPELLANT.

205 N. W. 2d 341

Filed March 16, 1973.   No. 38690.

Merrell L. Andersen, for appellant.

Clarence A. H. Meyer, Attorney General, and Chauncey C. Sheldon, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SPENCER, J.

This appeal is from a resentencing pursuant to the remand in our opinion filed March 3, 1972, State v. Kimes, 188 Neb. 85, 195 N. W. 2d 216.   We affirm.

The original sentencing judge had retired and the hearing on the mandate was before the successor district judge.   The resentencing procedure was conducted in strict compliance with the letter and spirit of the mandate of this court in the previous appeal.

Judgment affirmed.   See Rule 20, Revised Rules of Supreme Court.

AFFIRMED.